No. A-CV-28-82

COURT OF APPEALS OF THE NAVAJO NATION

October 31, 1983

Oscar CHISCHILLY, SR., Appellant,

vs.

Elizabeth D. CHISCHILLY, Appellee.

Richard George, Esq., Tuba City, Navajo Nation (Arizona) for Appellant.
Larry Yazzie, Esq., Window Rock, Navajo Nation (Arizona) for Appellee.

The appeal in the above-captioned matter filed the 15th day of November, 1982, having been received and reviewed by the Chief Justice pursuant to 7 N.T.C. Sec. 801, finds:

That a review of the matters on file in the District Court and this Court determines that no probable cause exists for the granting of an appeal.

It is hereby ORDERED that the above-captioned matter be and it hereby is DISMISSED.